**\*\* E-filed February 6, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY BRODZKI, | No. C11-05299 HRL |
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff Anthony Brodzki has filed a pro se complaint against the United States of America claiming that the defendant has harassed and tortured him in unspecified ways, and that it has failed to investigate a rape that occurred some 45 years ago. The defendant moved to dismiss for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted. In its order of January 26, 2012, this court granted the defendant's motion, denied all other pending motions, and dismissed the complaint. See Dkt. No. 23.

Accordingly, the complaint having been dismissed, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment of dismissal be entered and that plaintiff take nothing by his complaint. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 6, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | **C11-05299 HRL Notice will be electronically mailed to:**

2 | James A. Scharf     james.scharf@usdoj.gov

3 | **Notice will be mailed to:**

Anthony Brodzki
6900 Herman Jared Drive
North Richland Hills, TX 76182

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**